UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYLEISHA BARNES; DETRICK BRIGHT, GUARDIAN AD LITEM FOR A.B.; ESTATE OF LEROY BARNES,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PASADENA; OFFICER CHARLES REEP and OFFICER MICHAEL ALVARADO,<br><br>Defendants. | Case No.: 10-CV-00470-JHN-PJWx<br><br>**JUDGMENT**<br><br>Judge: Honorable Jacqueline H. Nguyen |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

On December 13, 2010, the Court, Hon. Jacqueline H. Nguyen, District Judge Presiding, held a hearing on the Defendants' Motion for Summary Judgment or, in the alternative, Motion for Summary Adjudication ("Motion") (docket no. 21), filed on October 26, 2010. After fully considering the briefs and evidence filed in this matter, as well as oral arguments presented at the hearing, the Court, having duly rendered a decision on May 5, 2011, GRANTED Defendants' Motion on all causes of action.

**NOW, THEREFORE, IT IS ORDERED AND ADJUDGED that:**

1. Plaintiffs shall take nothing by their Complaint;
2. Judgment shall be entered in favor of Defendants on all causes of

1. action and such claims shall be dismissed on the merits;
2. 3. Defendants shall recover their costs.

DATED: July 22, 2011

_____
Honorable Jacqueline H. Nguyen
UNITED STATES DISTRICT COURT